Curtis Clarence Pett, Esq., Joan I. Oppenheimer, Karen Servidea, Department of Justice, Washington, DC, for Defendant–Appellee.

Before NEWMAN, PROST, and REYNA, Circuit Judges.

## ORDER

PER CURIAM.

Christopher J. McNaughton and Judith I. McNaughton's ("McNaughtons") seek review of a United States Court of Federal Claims ("CFC") order granting the United States an extension of time file its answer. We consider whether the McNaughtons' appeal must be dismissed for lack of jurisdiction.

This court ordinarily only has jurisdiction over appeals from "final decision[s]" of the CFC, i.e., ones that "end[ ] the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Firestone Tire & Rubber Co. v. Risjord,* 449 U.S. 368, 373, 101 S.Ct. 669, 66 L.Ed.2d 571 (1981) (citation omitted); 28 U.S.C. § 1295(a)(3) ("The United States Court of Appeals for the Federal Circuit shall have exclusive jurisdiction ... of an appeal from a final decision of the United States Court of Federal Claims."). The CFC's order granting an extension of time to the United States is not a final order or final decision that can be appealed to this court at this time. Because we do not have subject matter jurisdiction to hear this appeal, we must dismiss.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

**James E. ZABLOSKY and Karen ZABLOSKY, Plaintiffs–Appellants,**

v.

**MIDFIRST BANK and Midland Mortgage Co., Defendants–Appellees,**

and

**Secretary of Housing and Urban Development, Defendant–Appellee.**

No. 2013–1626.

United States Court of Appeals, Federal Circuit.

Nov. 25, 2013.

James E. Zablosky, Floresville, TX, pro se.

Karen Zablosky, Floresville, TX, pro se.

Shelley D. Hopkins, Esq., Barrett Daffin Frappier Turner & Engel, LLP, Austin, TX, for Defendants–Appellees.

## ORDER

PER CURIAM.

The court considers whether this appeal should be dismissed.

This appeal involves an action by James and Karen Zablosky to halt foreclosure on property located at 187 Country View Lane, Floresville, Texas. The Zabloskys appeal.

This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter. 28 U.S.C. § 1295. Rather, it appears the proper forum would be the United States Court of Appeals for the Fifth Circuit. Additionally, on September 3, 2013, the Zabloskys filed with the district court a motion to withdraw their appeal, and thus it may be that it would be unnecessary to transfer this appeal to the Fifth Circuit.

Accordingly,

IT IS ORDERED THAT:

(1) Absent objection received within 21 days of the date of this order, this appeal will be dismissed.

(2) The briefing schedule is stayed.